AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

FEMALE FIREFIGHTER JANE DOE
*Plaintiff*
v.

Fort Worth Texas, et al
*Defendant*

Civil Action No. 4:19-cv-01001-A

## Summons in a Civil Action

**TO:** Bryan Burch, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 12/02/2019

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| FEMALE FIREFIGHTER JANE DOE<br>*Plaintiff*<br>v.<br><br>Fort Worth Texas, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:19-cv-01001-A |

**Summons in a Civil Action**

**TO:** Fort Worth Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 12/02/2019

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

FEMALE FIREFIGHTER JANE DOE
*Plaintiff*
v.

Fort Worth Texas, et al
*Defendant*

Civil Action No. 4:19-cv-01001-A

## Summons in a Civil Action

**TO:** Kelley Gutierrez, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 12/02/2019

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________ was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________ ______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________ ______________________________, a person of suitable age and discretion who resides there, on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________ ______________________________ on (*date*) ________________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

FEMALE FIREFIGHTER JANE DOE
*Plaintiff*
v.

Fort Worth Texas, et al
*Defendant*

Civil Action No. 4:19-cv-01001-A

## Summons in a Civil Action

**TO:** Fred Jandruko, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 12/02/2019

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________ was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

FEMALE FIREFIGHTER JANE DOE
*Plaintiff*
v.

Fort Worth Texas, et al
*Defendant*

Civil Action No. 4:19-cv-01001-A

## Summons in a Civil Action

**TO:** Dustin Lindop, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 12/02/2019

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| FEMALE FIREFIGHTER JANE DOE<br>*Plaintiff*<br>v.<br><br>Fort Worth Texas, et al<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 4:19-cv-01001-A |

**Summons in a Civil Action**

**TO:** Bob Lomerson, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 12/02/2019

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________ was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________; or

☐ other (*specify*) ______________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

FEMALE FIREFIGHTER JANE DOE
*Plaintiff*
v.

Fort Worth Texas, et al
*Defendant*

Civil Action No. 4:19-cv-01001-A

## Summons in a Civil Action

**TO:** Ken Stevens, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Scott Palmer
15455 Dallas Parkway
Suite 540 LB 32
Addison , TX 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 12/02/2019

Civil Action No. 4:19-cv-01001-A

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________ was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc: