IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FEMALE FIREFIGHTER JANE DOE §<br>  *Plaintiff*, §<br> §<br>v. §<br> §<br>FORT WORTH TEXS, et al §<br>  *Defendant* § | CIVIL ACTION NO. 4:19-cv-01001-A |

**PLAINTIFF'S AMENDED CERTIFICATE OF INTRESTED PERSONS**

Plaintiff certifies that all persons, associations of persons, firms, partnerships, guarantors, insurers, affiliates, parent corporations or other legal entities who are corporations which have a financial interest in the outcome of this case are listed below.

1. Female Firefighter Jane Doe
2. Fort Worth Texas,
3. Ken Stevens, Individually
4. Fred Jandruko, Individually
5. Bob Lomerson, Individually
6. Kelly Gutierrez, Individually
7. Dustin Lindop, Individually
8. Bryan Burch, Individually
9. Scott H. Palmer, P.C.
10. Scott H. Palmer
11. James P. Roberts
12. Grant Gerleman
13. Niles Illich
14. Rochelle McCullough, LLP
15. Gregory H. Bevel
16. Wesley H.M. Gould

Respectfully submitted,

/s/ Scott H. Palmer

SCOTT H. PALMER
Texas Bar No. 00797196
JAMES P. ROBERTS
Texas Bar No. 24105721
Colorado Bar No. 46582
NILES ILLICH
Texas Bar No. 24069969
GRANT GERLEMAN
Texas Bar No. 24083065

1 | P a g e

SCOTT H. PALMER, P.C.
15455 Dallas Parkway,
Suite 540, LB 32
Dallas, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com
niles@scottpalmerlaw.com
grant@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Gregory J. Bevel
GREGORY J. BEVEL
Texas Bar No. 02275800
WESLEY H.M. GOULD
Texas Bar No. 24095214

ROCHELLE MCCULLOUGH, LLP
325 n. St. Paul Street,
Suite 4500
Dallas, Texas 75201
Tel: (214) 953-0182
Fax: (214) 953-0185
wgould@romclaw.com
greg.bevel@romclaw.com

ATTORNEYS FOR PLAINTIFF