

e-filed
ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 DEC -2 PM 4:08

DEPUTY CLERK _____

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**
*Fort Worth Division*

Female Firefighter Jane Doe
Plaintiff

v.

Civil Action No.

Fort Worth, Texas, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

None.

| | |
|---|---|
| Date: | 11/27/2019 |
| Signature: | |
| Print Name: | Wesley H. M. Gould |
| Bar Number: | 24095214 |
| Address: | 325 N. St. Paul Street, Ste 4500 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-953-0182 |
| Fax: | 214-953-0185 |
| E-Mail: | wgould@romclaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons