

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FEMALE FIREFIGHTER JANE DOE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:19-CV-1001-A |
| FORT WORTH TEXAS, ET AL., | § § § | |
| Defendants. | § | |

### FINAL JUDGMENT AS TO CERTAIN DEFENDANTS

In accordance with the court's memorandum opinion and order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Female Firefighter Jane Doe, against defendants Kelley Gutierrez, Ken Stevens, Fred Jandruko, Bryan Burch, and City of Fort Worth, Texas, and her claims against Dustin Lindop except as to the December 2017 incident be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that said defendants have and recover their court costs from plaintiff.

SIGNED March 10, 2020.

JOHN McBRYDE
United States District Judge