IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FEMALE FIREFIGHTER JANE DOE § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-cv-01001-A |
| § | |
| FORT WORTH, TEXAS § | |
| KEN STEVENS, individually, § | |
| FRED JANDRUKO, individually, § | |
| BOB LOMERSON, individually, § | |
| KELLEY GUTIERREZ, individually, § | |
| DUSTIN LINDOP, individually, § | |
| BRYAN BURCH, individually, § | |
| *Defendants*. § | |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST CERTAIN DEFENDANTS

**TO THE HONORABLE JOHN McBRYDE:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Female Firefighter Jane Doe, with the stipulation of the remaining defendants, Bob Lomerson and Dustin Lindop, files this Stipulation of Dismissal and would show unto the Court as follows:

1. Plaintiff is Female Firefighter Jane Doe. The remaining defendants are Bob Lomerson and Dustin Lindop.

2. Plaintiff moves to dismiss all claims against defendants Lomerson and Lindop, with prejudice. (But Plaintiff reserves her right if she so chooses to appeal from the judgment entered against defendant City of Fort Worth). No party by this stipulation makes any representation or admission about the claims or defenses of themselves or any other party other than what has otherwise been filed in this action.

3. Each defendant to this action stipulates to the dismissals described above.

4. This case is not a class action.

5. No receiver or guardian has been appointed herein.

6. No defendant has filed or asserts a counterclaim.

7. With respect to the claims being dismissed as described above, the parties agree that each party will bear its own costs and attorneys' fees.

8. The dismissal of the claims described herein is **with** prejudice to plaintiff's refiling.

Respectfully submitted,

*/s/ Scott H. Palmer by permission*

SCOTT H. PALMER
State Bar No. 00797196
JAMES P. ROBERTS
State Bar No. 24105721
NILES ILLICH
State Bar No. 24069969
GRANT GERLEMAN
State Bar No. 24083065
**SCOTT H. PALMER, P.C.**
15455 Dallas Parkway,
Suite 540, LB 32
Dallas, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com
niles@scottpalmerlaw.com
grant@scottpalmerlaw.com

*/s/ Gregory H. Bevel*

GREGORY H. BEVEL
State Bar No. 02275800
WESLEY H. M. GOULD
State Bar No. 24095214
**ROCHELLE MCCULLOUGH, LLP**
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
(214) 953-0182 Telephone
(214) 953-0185 Facsimile
wgould@romclaw.com
greg.bevel@romclaw.com

**ATTORNEYS FOR PLAINTIFF**

*[signature]*

JOANNA H. MARTIN
State Bar No. 24072153
KENNEDY ATTORNEYS & COUNSELORS AT LAW
12222 Merit Drive, Suite 1750
Dallas, Texas 75271
Telephone: (214) 445-0740
Facsimile: (972) 661-9320
Joanna@markkennedylaw.com

DAVID R. SCOGGINS
State Bar No. 17885300
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 336-0605
Facsimile: (214) 736-385
david@scogginslaw.com

**ATTORNEYS FOR DEFENDANT BOB LOMERSON**

KENNETH E. EAST
State Bar No. 00790622
THE LAW OFFICES OF KENNETH E. EAST
306 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone: (817) 788-1111
Facsimile: (817) 485-2836
Ken@east.law
Ken1@airmail.net

**ATTORNEY FOR DEFENDANT DUSTIN LINDOP**

**ATTORNEYS FOR PLAINTIFF**

JOANNA H. MARTIN
State Bar No. 24072153
KENNEDY ATTORNEYS & COUNSELORS AT LAW
12222 Merit Drive, Suite 1750
Dallas, Texas 75271
Telephone: (214) 445-0740
Facsimile: (972) 661-9320
Joanna@markkennedylaw.com

DAVID R. SCOGGINS
State Bar No. 17885300
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 336-0605
Facsimile: (214) 736-385
david@scogginslaw.com

**ATTORNEYS FOR DEFENDANT BOB LOMERSON**

KENNETH E. EAST
State Bar No. 00790622
THE LAW OFFICES OF KENNETH E. EAST
306 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone: (817) 788-1111
Facsimile: (817) 485-2836
Ken@east.law
Ken1@airmail.net

**ATTORNEY FOR DEFENDANT DUSTIN LINDOP**

## CERTIFICATE OF CONFERENCE

This certifies that counsel for Plaintiff contacted Defendants Bob Lomerson and Dustin Lindop, through counsel, on March 20, 2020, regarding the relief requested in this stipulation, and counsel for Defendants Bob Lomerson and Dustin Lindop indicated they are agreed to the form and relief requested.

Gregory H. Bevel

## CERTIFICATE OF SERVICE

      This is to certify that I have served a true and correct copy of the foregoing document upon all known counsel of record, as indicated below, in conformity to the FEDERAL RULES OF CIVIL PROCEDURE on March 20, 2020.

*/s/ Gregory H. Bevel*

**Joanna H. Martin**
State Bar No. 24072153
KENNEDY ATTORNEYS & COUNSELORS AT LAW
12222 Merit Drive, Suite 1750
Dallas, Texas 75271
Telephone: (214) 445-0740
Facsimile: (972) 661-9320
Joanna@markkennedylaw.com

**David R. Scoggins**
State Bar No. 17885300
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 336-0605
Facsimile: (214) 736-385
david@scogginslaw.com

**ATTORNEYS FOR DEFENDANT BOB LOMERSON**

**AND**

**Kenneth E. East**
State Bar No. 00790622
THE LAW OFFICES OF KENNETH E. EAST
306 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone: (817) 788-1111
Facsimile: (817) 485-2836
Ken@east.law
Ken1@airmail.net

**ATTORNEY FOR DEFENDANT DUSTIN LINDOP**