IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | § |
|---|---|
| FEMALE FIREFIGHTER JANE DOE, | § |
| Plaintiff, | § |
| VS. | § NO. 4:19-CV-1001-A |
| FORT WORTH TEXAS, ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT

Consistent with the stipulation of dismissal of claims against certain defendants filed March 20, 2020,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Female Firefighter Jane Doe, against defendants Bob Lomerson and Dustin Lindop be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each of these parties bear the court costs and attorney's fees incurred by that party.

SIGNED March 23, 2020.

_____
JOHN McBRYDE
United States District Judge